UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: <br><br> JOHN T OSLER <br> KAREN L OSLER <br><br> Debtors | Chapter 7 <br> Case No. 19-62357-RBC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12N <br><br> Movant <br><br> v. <br><br> JOHN T OSLER <br> 30170 CHURCH STREET <br> TEMPERANCEVILLE, VA 23442 <br><br> KAREN L OSLER <br> 30170 CHURCH STREET <br> TEMPERANCEVILLE, VA 23442 <br> (Debtors) <br><br> W. STEPHEN SCOTT <br> PO BOX 1312 <br> CHARLOTTESVILLE, VA 22902 <br> (Trustee) <br><br> Respondents | |

## **MOTION TO EXTEND STAY**

U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N by undersigned counsel, respectfully moves this Honorable Court to extend the Automatic Stay and, as grounds therefore states as follows:

Daniel K. Eisenhauer, Esq., Bar # 85242
Heather D. McGivern, Esq., Bar # 91767
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

1.        On December 20, 2019, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N mailed a Motion for Relief from Automatic Stay.

2.        That pursuant to Local Rule 9013-1 H, counsel conferred with debtor's counsel and was unable to schedule a hearing date within 30 days following the filing of the Motion and therefore requests that the automatic stay be extended until January 23, 2020 at 10:00 AM

WHEREFORE, the premises considered, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N respectfully requests that this Court enter an Order extending the automatic stay until January 23, 2020 and for such other and further relief as this Court deems just and proper.

Date:  December 20, 2019

                                        Respectfully submitted,

                                        /s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Bar #85242
Heather D. McGivern, Bar #91767
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N
deisenhauer@orlans.com
hmcgivern@orlans.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE:<br><br>JOHN T OSLER<br>KAREN L OSLER<br><br>    Debtors | <br><br>Chapter 7<br>Case No. 19-62357-RBC |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-12N<br><br>        Movant<br>v.<br><br>JOHN T OSLER<br>30170 CHURCH STREET<br>TEMPERANCEVILLE, VA 23442<br><br>KAREN L OSLER<br>30170 CHURCH STREET<br>TEMPERANCEVILLE, VA 23442<br>        (Debtors)<br><br>W. STEPHEN SCOTT<br>PO BOX 1312<br>CHARLOTTESVILLE, VA 22902<br>        (Trustee)<br><br>    Respondents | |

## CERTIFICATE OF SERVICE

The undersigned states that on December 20, 2019, copies of the foregoing Motion to Extend Automatic Stay and Proposed Order were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

W. Stephen Scott
PO Box 1312
Charlottesville, VA 22902
wsscott7trustee@earthlink.net
*Bankruptcy Trustee*

Larry L. Miller
Miller Law Group, PC
Jordan Building
485 Hillsdale Drive, Suite 341
Charlottesville, VA 22901
larry@millerlawgrouppc.com
*Debtors' Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion to Extend Automatic Stay and Proposed Order to the following non-ECF participants:

John T Osler
30170 Church Street
Temperanceville, VA 23442
*Debtor*

Karen L Osler
30170 Church Street
Temperanceville, VA 23442
*Debtor*

                                              /s/Daniel K. Eisenhauer
                                              Daniel K. Eisenhauer, Esquire